RECEIVED
LAKE CHARLES, LA
NOV 02 2009
TONY ... CLERK
PAR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JUSTIN LORENZO THOMAS<br>LA. DOC # 514967 | : | CIVIL ACTION NO. 08-1666 |
| VS. | : | JUDGE MINALDI |
| TERRY TERRELL, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

IT IS ORDERED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

Lake Charles, Louisiana, this 30 day of Oct , 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE